1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9

Grand Canyon Skywalk Development, LLC, et al.,

Case No.: 2:13-cv-596-JAD-GWF

10
11

Plaintiffs,

12

v.

**Order on Tribal Council Defendants' Motion for Leave to File Over-Sized Brief [Doc. 19]**

13

Ruby Steele, et al.,

14

Defendants.

15
16          With good cause appearing, IT IS HEREBY ORDERED that Defendants Ruby Steele,

17  Candida Hunter, Waylon Honga, Charles Vaughn, Sr., Sherry Counts and Wilfred

18  Whatoname, Sr.'s, (collectively, "Tribal Council Defendants") Tribal Council Defendants'

19  Motion for Leave to File Over-Sized Brief [Doc. 19] is **GRANTED**.

20          DATED: November 1, 2013.

21
22          JENNIFER A. DORSEY
            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28