1

2

3

4

5                       **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7

8   GRAND CANYON SKYWALK DEVELOPMENT )
    LLC, *et al.*,                              )
9                                               )
                    Plaintiffs,                 )        Case No. 2:13-cv-00596-JAD-GWF
10                                              )
    vs.                                         )        **ORDER**
11                                              )
    RUBY STEELE, *et al.*,                      )
12                                              )
                    Defendants.                 )
13   _____ )

14          This matter comes before the Court on Plaintiffs' Request (#43) for the Court to deem

15   service of process effectuated on Defendant Patricia Cesspooch, filed on October 29, 2013.  The

16   Court ordered Plaintiffs to serve the Request on Cesspooch on November 1, 2013.  *See Order, Doc.*

17   *#44*.  Plaintiffs filed a certificate of service (#46) for the Request on November 4, 2013.  Cesspooch

18   has not responded to the Request.

19          Under Local Rule 7-2(d), the failure of a moving party to file points and authorities in

20   support of the motion shall constitute a consent to the denial of the motion.  Plaintiffs have not

21   provided any authority in support of the instant Request.  Specifically, Plaintiffs have not

22   demonstrated that the manner in which they attempted to serve process on Defendant Cesspooch is

23   a valid form of service.  Without adequate support, the Court will deny the Request.  Accordingly,

24   ...

25   ...

26   ...

27   ...

28   ...

**IT IS HEREBY ORDERED** that Plaintiffs' Request for the Court to Accept that Service of the Complaint was Properly Made upon Defendant Patricia Cesspooch (#43) is **denied** without prejudice.  Plaintiffs may re-file the Request with authorities that support the manner in which they attempted to serve process on Defendant Cesspooch.

DATED this 2nd day of January, 2014.


GEORGE FOLEY, JR.
United States Magistrate Judge