Mark Tratos (NV Bar No. 1086)
Donald L. Prunty (NV Bar No. 8230)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Ste. 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:  tratosm@gtlaw.com
           pruntyd@gtlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT, LLC, a Nevada limited liability company; DY TRUST DATED JUNE 3, 2013, a Nevada Trust; THEODORE (TED) R. QUASULA, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID JOHN CIESLAK, an individual; NICHOLAS PETER "CHIP" SCUTARI, an individual; SCUTARI & CIESLAK PUBLIC RELATIONS, INC., an Arizona corporation. <br><br> Defendants. | No. 2:13-cv-00596-RCJ-GWF <br><br><br> **PLAINTIFFS' MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

Comes now Plaintiffs Grand Canyon Skywalk Development, LLC, DY Trust dated June 3, 2013 and Theodore (Ted) R. Quasula (collectively "Plaintiffs"), by and through their attorneys, Greenberg Traurig, LLP, and hereby file this motion to file under seal Reply in Support of Plaintiffs' Motion for Leave to File Supplemental Complaint and supporting exhibits.

A stipulated protective order has been entered in this matter [doc. no. 74].  Pursuant to the terms of the protective order, information disclosed in documents produced by a party deemed

LV 420418328v1

1  confidential shall be governed by the protective order and marked with an appropriate legend of

2  "Confidential" or "Confidential-Attorneys' Eyes Only."

3      Plaintiffs are filing a reply in support of its motion for leave to file supplemental complaint,

4  under seal, which memorandum of points and authorities contains information designated as

5  Confidential-Attorneys' Eyes Only within documents produced by Defendants.  Additionally, Exhibits

6  B, C and E to the Reply contains confidential information, the entirety of which has been deemed

7  confidential under the proposed protective order.  Public disclosure of information contained in the

8  Reply along with the documents attached as exhibits to the Reply would waive the confidential nature

9  of the information.

10      WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file their

11  Reply, including exhibits, to Plaintiffs' motion for leave to file supplemental complaint under seal.

12      Respectfully submitted this 16th day of March, 2015.

13

14                          **GREENBERG TRAURIG, LLP**

15

16                          /s/ Mark G. Tratos
                           Mark G. Tratos
17                          Donald L. Prunty
                           3773 Howard Hughes Parkway, Suite 400 North
18                          Las Vegas, NV  89169
                           *Attorneys for Plaintiffs*

19

20                              **ORDER**

21      Having read and considered Plaintiffs' Motion to File Under Seal Reply in Support of

22  Plaintiffs' Motion for Leave to File Supplemental Complaint and supporting exhibits and for good

23  cause shown,

24      It is so ORDERED this __17th__ day of __March__, 2015 that Plaintiffs' Motion to File

25  Under Seal Reply in Support of Plaintiffs' Motion for Leave to File Supplemental Complaint and

26  supporting exhibits, be filed under seal.

27      _____
       **UNITED STATES MAGISTRATE JUDGE**
28       **DATED:    March 17, 2015**

                               2