**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Grand Canyon Skywalk Development, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David John Cieslak, Nicholas Scutari, and Scutari & Cieslak Public Relations, Inc., <br><br> Defendants. | Case No.: 2:13-cv-596-JAD-GWF <br><br> **Order Adopting Report and Recommendation and Denying Motion to Amend [Docs. 91, 113]** |

Magistrate Judge George Foley entered a report and recommendation on March 26, 2015, recommending that defendants' motion for leave to amend their answer and assert counterclaims be denied. Docs. 91, 113. Objections were due April 10, 2015. No objections were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

Accordingly, and with good cause appearing,

It is HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[Doc. 113] is ADOPTED**.

It is FURTHER ORDERED that Defendants' Motion for Leave to Amend Their Answer and Assert Counterclaims **[Doc. 91] is DENIED**.

DATED: April 20, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1