1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7

8    GRAND CANYON SKYWALK DEVELOPMENT)
     LLC, *et al.*,                           )        Case No. 2:13-cv-00596-JAD-GWF
9                                             )
                   Plaintiffs,                )
10                                            )
     vs.                                      )        **ORDER**
11                                            )
     DAVID JOHN CIESLAK, NICHOLAS SCUTARI )
12   and SCUTARI & CIESLAK PUBLIC             )        Motion to File Under Seal (#149)
     RELATIONS, INC.                          )
13                                            )
                   Defendants.                )
14   _____)

15          This matter is before the Court on Plaintiff's Motion to File Under Seal Plaintiff's Motion

16   for Leave to File First Amended Complaint (#149), filed on January 20, 2016.

17          Plaintiff represents that information found in the memorandum of points and authorities to

18   its proposed first amended complaint contains information that has been designated as Confidential

19   or Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (#74) entered in

20   this matter.  Plaintiff further asserts that Exhibits 7, 10, 11, 31, 49, 63, 64, 78, 79, and 83 attached

21   to the proposed amended complaint are similarly designated.  Upon review of Plaintiff's Motion for

22   Leave to File First Amended Complaint, the Court finds that the motion itself does not reveal or

23   disclose any information that is deemed Confidential or Confidential-Attorneys' Eyes Only.

24   Rather, the Exhibits[1] attached thereto contain the confidential material.  Accordingly,

25   . . .

26   . . .

27

28          [1] Exhibit 1 to Plaintiff's Motion for Leave to File First Amended Complaint is Plaintiff's proposed amended
     complaint.  Exhibit 2 is a redline comparison of Plaintiff's supplemental complaint (#111), filed on March 24, 2015, and
     Plaintiff's proposed amended complaint.

1    **IT IS HEREBY ORDERED** that Plaintiff's Motion to File Under Seal Plaintiff's Motion

2    for Leave to File First Amended Complaint (#149) is **granted** in part and **denied** in part as follows:

3    The Clerk of Court shall unseal the Motion for Leave to File First Amended Complaint (#150).

4    However, the Exhibits attached thereto shall remain under seal.

5         DATED this 21st day of January, 2016.

6

7    _____
     GEORGE FOLEY, JR.

8    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28