Mark G. Tratos, Esq.
Nevada Bar No. 1086
Donald L. Prunty, Esq.
Nevada Bar No. 8230
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com
       pruntyd@gtlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT, LLC, a Nevada limited liability company; DY TRUST DATED JUNE 3, 2013, a Nevada Trust; THEODORE (TED) R. QUASULA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN CIESLAK, an individual; NICHOLAS PETER "CHIP' SCUTARI, an individual; SCUTARI & CIESLAK PUBLIC RELATIONS, INC., an Arizona corporation.<br><br>Defendant.<br><br>and related Third-Party Complaint | Case No.: 2:13-cv-00596-RCJ-GWF<br><br>**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT 1 TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiffs, Grand Canyon Skywalk Development, LLC ("GCSD"), DY TRUST DATED JUNE 3, 2013, ("Jin"), and Ted Quasula ("Quasula") (collectively "Plaintiffs") by and through its undersigned counsel, the law firm of Greenberg Traurig, LLP, hereby files their Motion to File under Seal Exhibit 1 to Plaintiffs' Reply in Support of their Motion for Leave to File First Amended Complaint ("Reply").

A stipulated protective order has been entered in this case [Doc. No.74]. Pursuant to the terms of the protective order, information disclosed in documents produced by a party deemed confidential shall be governed by the protective order and marked with an appropriate legend of "Confidential" or "Confidential-Attorneys' Eyes Only".

Exhibit 1 to Plaintiffs' Reply, being filed concurrently herewith, contains quoted statements derived from documents which have been produced and designated by Defendants as Confidential or Confidential-Attorneys' Eyes Only. Public disclosure of the information contained in Exhibit 1 to the Reply would waive the confidential nature of the information.

WHEREFORE, Plaintiffs respectfully requests that the Court grant them leave to file Exhibit 1 to their Reply in support of their Motion for Leave to File First Amended Complaint under seal.

DATED: February 19, 2016.

GREENBERG TRAURIG, LLP

*/s/ Mark G. Tratos*
Mark G. Tratos (Nev. Bar No. 1086)
Donald L. Prunty (Nev. Bar No. 8230)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*

## ORDER

Having read and considered Plaintiffs' Motion to File Under Seal Exhibit 1 to Plaintiffs' Reply in Support of their Motion for Leave to File First Amended Complaint, and for good cause shown,

It is so ORDERED this  22nd  day of  February , 2016 that to Plaintiffs' Reply in Support of their Motion for Leave to File First Amended Complaint, be filed under seal.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I served **PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT 1 TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** via the court's CM/ECF electronic service to all registered parties:

Nicholas M. Wieczorek
Sunethra Muralidhara
MORRIS POLICH & PURDY, LLP
500 South Rancho Drive, Suite 17
Las Vegas, NV 89106
*Attorneys for Defendants David John Cieslak,*
*Nicholas Peter "Chip" Scutari and*
*Scutari & Cieslak Public Relations, Inc.*

　　　　　　　　　　　　　　　　　　　　　*/s/ Cynthia Ney*
　　　　　　　　　　　　　　　　　　　An Employee of Greenberg Traurig, LLP

3