# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAVID JOHN CIESLAK, NICHOLAS PETER "CHIP" SCUTARI; SCUTARI & CIESLAK PUBLIC RELATIONS, INC.<br><br>　　　　Defendants. | Case No. 2:13-cv-00596-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation and Order to Extend Discovery Plan and Scheduling Order Dates and Deadlines (Seventh Request) (#146) filed December 11, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 21, 2016. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

　　1.　Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **April 11, 2016**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 30th day of March, 2016.

                                                _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge