NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
MATTHEW R. CARLYON
Nevada Bar No. 12712
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:     (702) 862-8300
Facsimile:      (702) 862-8400
E-mail:           nwieczorek@mpplaw.com
                      mcarlyon@mpplaw.com
Attorneys for Defendants DAVID JOHN CIESLAK;
NICHOLAS PETER "CHIP" SCUTARI; SCUTARI
& CIESLAK PUBLIC RELATIONS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT, LLC, a Nevada limited liability company; DY TRUST DATED JUNE 3, 2013, a Nevada Trust, THEODORE (TED) R. QUASULA, an individual;<br>Plaintiff,<br>vs.<br>DAVID JOHN CIESLAK, an individual; NICHOLAS PETER "CHIP" SCUTARI, an individual; SCUTARI & CIESLAK PUBLIC RELATIONS, INC., an Arizona corporation,<br>Defendants.<br><br>And Related Third-Party Complaint | Case No.:     2:13-cv-00596-GWF<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE AN ENLARGED MOTION FOR SUMMARY JUDGMENT |

Pursuant to Defendants' Motion for Leave of Court to File an Enlarged Motion for Summary Judgment, and for good cause shown,

**IT IS HEREBY ORDERED**, Defendants/Third-Party Plaintiffs, DAVID JOHN CIESLAK, an individual; NICHOLAS PETER "CHIP" SCUTARI, an individual; SCUTARI & CIESLAK PUBLIC

1

[Proposed] Order Granting Defendants' Motion for Leave of Court to File an Enlarged Motion for Summary Judgment
Case No. 2:13-cv-00596-GWF

1  RELATIONS, INC., an Arizona corporation (collectively referred to herein as "S&C Defendants") to
2  file an enlarged brief in excess of the 30 page limit imposed by LR 7-4.
3      **IT IS FURTHER ORDERED**, S&C Defendants may file an enlarged brief with an additional
4  30 pages exclusive of Table of Contents, Table of Authorities and exhibits. The Clerk of the Court
5  shall accept for filing, including all exhibits, S&C Defendants' Motion for Summary Judgment.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 9, 2016